| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Mann, Margaret M. | 2. Court or Organization<br><br>United States Bankruptcy Court Southern District of CA | 3. Date of Report<br><br>05/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article 1 | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

7. **Chambers or Office Address**

United States Bankruptcy Court
Southern District of California
325 West F. Street
San Diego CA 92106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Income From Law Offices of Michael T. O'Halloran and from Thomas Jefferson School of Law |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 09/08/2011 - 09/09/2011 | Las Vegas, Nevada | Speaking at the Conference | meals and hotel |
| 2. | California Bankruptcy Forum | 05/16/2011 - 05/19/2011 | Lake Tahoe, California | Speaking at the Conference | meals and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mann, Margaret M.** | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS BOND FUND OF AMERICA CLASS F | | None | | | Buy | 01/25/11 | L | | |
| 2. AMERICAN FUNDS BOND FUND OF AMERICA CLASS F | | None | | | Sold | 02/01/11 | L | A | |
| 3. AMERICAN FUNDS GROWTH FUND OF AMERICA CL C | A | Dividend | K | T | | | | | |
| 4. AMERICAN FUNDS GROWTH FUND OF AMERICA CLASS F | A | Dividend | K | T | | | | | |
| 5. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL A | B | Dividend | K | T | | | | | |
| 6. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL B | A | Dividend | K | T | | | | | |
| 7. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL C | B | Dividend | K | T | | | | | |
| 8. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F | C | Dividend | M | T | | | | | |
| 9. GUGGENHEIM S&P GLOBAL WATER INDEX ETF | A | Dividend | L | T | | | | | |
| 10. ST OF CA VAR RANS A-2 RV BE/R/ 3.000 062811 DTD 112310 | B | Interest | M | T | | | | | |
| 11. DELAWARE SMID CAP GROWTH CLASS C | C | Dividend | L | T | | | | | |
| 12. DELAWARE SMID CAP GROWTH CLASS B | A | Dividend | K | T | | | | | |
| 13. ST OF CA VAR GEN OBLI BN TAX BE/ R/ 5.750 030117 DTD 040110 | A | Interest | K | T | | | | | |
| 14. Genworth Annuity Contract # T08013360 | | None | J | T | | | | | |
| 15. College Save 529 Account - Money Market | | None | J | T | | | | | |
| 16. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 17. Wells Fargo Savings | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo IRA CD 2 | A | Interest | K | T | | | | | |
| 19. MAN_AHL Diversified I L.P., Class B-1 | | None | M | T | | | | | |
| 20. UBS Bank Deposit Account | A | Interest | K | T | | | | | |
| 21. ISHARES S&P NORTH AMERICAN NAT RESOURCES SECTOR INDEX FUND | A | Dividend | K | T | | | | | |
| 22. CALIFORNIA EDL FACS AUTH SR A REV FSAOID494 BE/R/ 4.000 0901 | C | Interest | L | T | | | | | |
| 23. CALIFORNIA ST VAR PURP G.O. OID99.576 BE/R/ 5.125 040123 DTD | C | Interest | | | Sold | 06/28/11 | M | A | |
| 24. COLTON CAL PUB FIN AMBAC RV BE/ R/ 4.500 040118 DTD | B | Interest | L | T | | | | | |
| 25. EAST BAY CAL MUD WTR SYS REV FSA B/E /R/ 5.000 060118 DTD 07 | B | Interest | L | T | | | | | |
| 26. LOS ANGELES CA DEPT WTR SER A-2 FSA B/E /R/ 4.750 070120 DTD | B | Interest | L | T | | | | | |
| 27. RANCHO MIRAGE CAL REDEV NPFG OID@97.3583 BE/R/ 4.625 040124 | B | Interest | K | T | | | | | |
| 28. SAN JOSE CA UNI S/D FGIC RV BE/R/ 5.000 060121 DTD 081706 | B | Interest | L | T | | | | | |
| 29. COHEN & STEERS REALTY INCOME FUND INC CLASS C | B | Dividend | L | T | | | | | |
| 30. DOW CHEMICAL CO INTRNTS 05.600% 031520 DTD032510 FC091510 NT | A | Interest | K | T | | | | | |
| 31. AMBAC FINL GROUP INC 5.950% DUE 02/28/2103 CALLABLE | A | Interest | J | T | | | | | |
| 32. DWS FLOATING RATE FUND CLASS A | B | Dividend | M | T | Buy (add'l) | 02/01/11 | L | | |
| 33. DWS SHORT DURATION FUND CLASS A | B | Dividend | L | T | | | | | |
| 34. UBS LIQUID ASSETS FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BP PLC SPON ADR | A | Dividend | | | Sold | 02/01/11 | K | A | |
| 36. SCHLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | | | Sold | 02/01/11 | K | D | |
| 37. ABBOTT LABS | A | Dividend | | | Buy | 02/01/11 | J | | |
| 38. ABBOTT LABS | A | Dividend | | | Sold | 02/08/11 | J | A | |
| 39. AFLAC INC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 40. AIR PROD & CHEMICAL INC | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 41. AIR PROD & CHEMICAL INC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 42. AT&T INC | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 43. AT&T INC | A | Dividend | J | T | Buy | 04/20/11 | J | | |
| 44. ASTRAZENECA PLC SPON ADR | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 45. ASTRAZENECA PLC SPON ADR | A | Distribution | | | Sold | 03/07/11 | J | A | |
| 46. ASTRAZENECA PLC SPON ADR | A | Distribution | J | T | Buy | 06/08/11 | J | | |
| 47. BOEING | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 48. BRITISH AMERICAN TOBACCO PLC GB SPON ADR | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 49. CATERPILLAR INC | A | Dividend | | | Sold | 02/01/11 | K | E | |
| 50. CISCO SYSTEMS INC | A | Dividend | | | Sold | 02/01/11 | J | B | |
| 51. COCA COLA CO COM | A | Dividend | | | Sold | 02/01/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COCA COLA CO COM | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 53. COLGATE PALMOLIVE CO | A | Dividend | | | Sold | 02/01/11 | J | B | |
| 54. COLGATE PALMOLIVE CO | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 55. DIAGEO PLC NEW GB SPON ADR | A | Int./Div. | J | T | Buy | 09/13/11 | J | | |
| 56. DANAHER CORP | A | Dividend | | | Sold | 02/01/11 | K | D | |
| 57. EMERSON ELECTRIC | A | Dividend | J | T | Buy | 05/09/11 | J | | |
| 58. GENL MILLS INC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 59. HOME DEPOT INC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 60. ILLINOIS TOOL WORKS INC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 61. INTEL CORP | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 62. INTEL CORP | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 63. INTL BUSINESS MACH | A | Dividend | | | Sold | 02/01/11 | K | D | |
| 64. JOHNSON & JOHNSON COM | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 65. JOHNSON & JOHNSON COM | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 66. MCDONALDS CORP | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 67. MEDTRONIC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 68. MONSANTO CO NEW | A | Dividend | | | Sold | 02/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NATIONAL GRID PLC NEW SPON ADR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 70. NATIONAL GRID PLC NEW SPON ADR | A | Dividend | | | Sold | 10/10/11 | J | | |
| 71. NESTLE S A SPONSORED ADR PEPSTG REG SHS SWITZ ADR | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 72. NEXTERA ENERGY INC COM | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 73. NORTHEAST UTILITIES | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 74. NTT DOCOMO INC ECH REPSTG 1/200TH COMSHS SPON ADR | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 75. OMNICOM | A | Dividend | | | Buy | 03/07/11 | J | | |
| 76. OMNICOM | A | Dividend | | | Sold | 05/09/11 | J | A | |
| 77. PEARSON PLC SPON ADR | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 78. PEPSICO INC | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 79. PRAXAIR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 80. PRAXAIR | A | Dividend | | | Sold | 07/12/11 | J | B | |
| 81. PROCTER & GAMBLE CO | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 82. PROCTOR & GAMBLE CO | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 83. RAYTHEON | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 84. ROCHE HLDG LTD SPONS ADR SWITZ ADR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 85. ROCHE HLDG LTD SPONS ADR SWITZ ADR | A | Dividend | | | Sold | 03/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SANOFI SPON ADR | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 87. TESCO PLC SPONS ADR UNITED KINGDOM | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 88. TESCO PLC SPONS ADR UNITED KINGDOM | A | Dividend | | | Sold | 04/20/11 | J | A | |
| 89. TESCO PLC SPONS ADR UNITED KINGDOM | A | Dividend | J | T | Buy | 10/10/11 | J | | |
| 90. TOTAL S.A. FRANCE SPON ADR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 91. TOTAL S.A. FRANCE SPON ADR | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 92. UNION PACIFIC CORP | A | Dividend | | | Sold | 02/01/11 | K | D | |
| 93. UNILEVER PLC AMER SHS NEW SPON ADR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 94. UNILEVER PLC AMER SHS NEW SPON ADR | A | Dividend | | | Sold | 05/09/11 | J | A | |
| 95. UNITED PARCEL SERVICE | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 96. UNTD TECHNOLOGIES CORP | A | Dividend | J | T | Buy (add'l) | 02/01/11 | J | | |
| 97. VEOLIA ENVIRONNEMENT SPON ADR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 98. VEOLIA ENVIRONNEMENT SPON ADR | A | Dividend | | | Sold | 08/12/11 | J | F | |
| 99. VODAFONE GROUP PLC NEW SPONS | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 100. 3M CO | A | Dividend | | | Buy (add'l) | 02/01/11 | J | | |
| 101. 3M CO | A | Dividend | | | Sold | 02/01/11 | K | D | |
| 102. AMERICAN FUNDS NEW WORLD FUND CLASS F | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CITIGROUP CAPITAL IX 6.0000% DUE 02/14/2033 CALLABLE 02/13/0 | A | Interest | K | T | | | | | |
| 104. EXXON MOBIL CORP | A | Dividend | | | Buy | 02/01/11 | J | | |
| 105. EXXON MOBIL CORP | A | Dividend | | | Sold | 02/01/11 | J | B | |
| 106. HEWLETT PACKARD CO | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 107. AMERICAN FUNDS EURO PACIFIC FUND CLASS F | B | Dividend | | | Sold | 02/02/11 | M | | |
| 108. NOVARTIS AG SPON ADR | A | Dividend | | | Buy | 02/01/11 | J | | |
| 109. NOVARTIS AG SPON ADR | A | Dividend | | | Sold | 02/01/11 | J | C | |
| 110. PRIME PLUS INVESTMENTS TISHMAN SPEYER LLP | A | Dividend | J | U | | | | | |
| 111. AMERICAN FUNDS 2025 TARGET DATE FUND | B | Dividend | L | T | | | | | |
| 112. Fidelity Simple IRA for Offices of MTO'Halloran | A | Dividend | K | T | | | | | |
| 113. CALIFORNIA ST TAX BE/R/ MAND SINK FND | A | Interest | L | T | | | | | |
| 114. LOS ANGELES CO CA SR C NTS BE/R/ 2.500 062912 DTD 070111 | A | Interest | | | Buy | 06/16/11 | M | | |
| 115. LOS ANGELES CO CA SR C NTS BE/R/ 2.500 062912 DTD 070111 | A | Interest | | | Sold | 08/29/11 | M | A | |
| 116. BLACKROCK EQUITY DIVIDEND FUND C | A | Dividend | M | T | Buy | 8/30/11 | M | | |
| 117. PIONEER STRATEGIC INCOME FUND CLASS C | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 118. GE CAPITAL INTERNOTES NTS BE | A | Interest | K | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mann, Margaret M. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Due to inadvertent error on my part, certain investments were acquired in previous periods but were not reported. These are listed below.

1. Line 4 was acquired on 8/11/10

2. Line 7 was acquired on 9/14/09

3. Line 8 was acquired on 3/5/10

4. Line 118 was acquired on 3/22/10

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret M. Mann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544